| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2012 to 02/19/2013
**Chapter 13 Case # 10-47230 / MBK**

Ettien Ortiz
Raquel Ortiz
5 Starkin Road
Milltown, NJ  08850

Petition Filed Date: 12/01/2010
341 Hearing Date: 02/03/2011
Confirmation Date: 03/22/2011

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/03/2012 | $1,000.00 | 19283215882 | 01/03/2012 | $236.00 | 19283215893 | 01/31/2012 | $1,000.00 | 19283221304 |
| 01/31/2012 | $236.00 | 19283221315 | 02/28/2012 | $1,000.00 | 19750379760 | 02/28/2012 | $236.00 | 19750379771 |
| 03/30/2012 | $236.00 | 19750346820 | 03/30/2012 | $1,000.00 | 19750346818 | 05/02/2012 | $236.00 | 19750389974 |
| 05/02/2012 | $1,000.00 | 19750389963 | 06/05/2012 | $236.00 | 19992815717 | 06/05/2012 | $1,000.00 | 19992815684 |
| 07/06/2012 | $1,000.00 | 19514810373 | 07/06/2012 | $236.00 | 19514810384 | 07/31/2012 | $236.00 | 19514815964 |
| 07/31/2012 | $1,000.00 | 19514815953 | 09/05/2012 | $236.00 | 19514822668 | 09/05/2012 | $1,000.00 | 19514822613 |
| 10/04/2012 | $236.00 | 20311697575 | 10/04/2012 | $1,000.00 | 20311697564 | 11/08/2012 | $1,000.00 | 20311698183 |
| 11/08/2012 | $236.00 | 20311698194 | 12/04/2012 | $236.00 | 20415459756 | 12/04/2012 | $1,000.00 | 20415459734 |
| 01/07/2013 | $236.00 | 20553995406 | 01/07/2013 | $1,000.00 | 20553995351 | 02/08/2013 | $1,000.00 | 20826455095 |
| 02/08/2013 | $236.00 | 20826455106 | | | | | | |

**Total Receipts for the Period: $17,304.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $31,888.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Ettien Ortiz | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | JEANNETTE A HOFFMAN, ESQ | Attorney Fees | $1,000.00 | $1,000.00 | $0.00 |
| 1 | CHASE AUTO FINANCE<br>»» 09 CHRYS TOWN & COUNTRY | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 2 | BETA FINANCE CO INC | Unsecured Creditors | $4,673.51 | $0.00 | $4,673.51 |
| 3 | TOYOTA MOTOR CREDIT CORP<br>»» 10 TOY CAMRY | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»» FIA/BOA | Unsecured Creditors | $8,261.77 | $0.00 | $8,261.77 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CHASE | Unsecured Creditors | $25,084.83 | $0.00 | $25,084.83 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CHASE | Unsecured Creditors | $8,777.53 | $0.00 | $8,777.53 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CHASE | Unsecured Creditors | $10,552.98 | $0.00 | $10,552.98 |
| 8 | SPECIALIZED LOAN SERVICING<br>»» P/5 STARKIN RD/1ST MTG | Mortgage Arrears | $64,756.17 | $26,797.42 | $37,958.75 |
| 9 | CANDICA, LLC<br>»» CAPITAL ONE | Unsecured Creditors | $4,235.35 | $0.00 | $4,235.35 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SAMS CLUB | Unsecured Creditors | $5,422.39 | $0.00 | $5,422.39 |

| | | | | | |
|---|---|---|---|---|---|
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  SEARS | Unsecured Creditors | $2,788.66 | $0.00 | $2,788.66 |
| 12 | CAPITAL ONE, NA<br>»»  BEST BUY/HSBC | Unsecured Creditors | $529.31 | $0.00 | $529.31 |
| 13 | NJ EZ PASS VIOLATION<br>»»  PER PLAN | Priority Crediors | $776.00 | $0.00 | $776.00 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  ELECTRONIC EXPO/GEMB | Unsecured Creditors | $1,955.77 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through February 19, 2013.

| | | | |
|---|---|---|---|
| Total Receipts: | $31,888.00 | Plan Balance: | $42,037.00  ** |
| Paid to Claims: | $27,797.42 | Current Monthly Payment: | $1,236.00 |
| Paid to Trustee: | $1,618.58 | Arrearages: | $2.00 |
| Funds on Hand: | $2,472.00 | Total Plan Base: | $73,925.00 |

**NOTES:**

• **Pay your Trustee payment online!  Go to www.russotrustee.com/epay to learn more.**

• Your case information is available at the National Data Center. Please visit www.13datacenter.com and click on the link for new debtor access.

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**